IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
MARCH 2023 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:23CR11 |
| | ) | |
| v | ) | **INDICTMENT** |
| | ) | |
| DAVID CHARLES DONAVON, JR. | ) | **In Violation of:** |
| | ) | |
| | ) | Title 18, U.S.C., §922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1. On or about July 21, 2022, in the Western District of Virginia, the defendant, DAVID CHARLES DONAVON, JR., knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a Taurus Model G2C 9mm pistol. Said firearm had previously been shipped and transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Sections 922(g)(1).

## NOTICE OF FORFEITURE

1. Upon conviction of the felony offense alleged in this Indictment, the defendant shall forfeit to the United States:

    a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the

following property:

    a.   **Firearm**

        1) A Taurus model G2C 9mm pistol, serial #ABE608893
        2) All ammunition, magazines, and accessories associated with this firearm

    3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;
      b. has been transferred or sold to, or deposited with a third person;
      c. has been placed beyond the jurisdiction of the Court;
      d. has been substantially diminished in value; or
      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 2nd day of March, 2023.

_s/Grand Jury Foreperson_
FOREPERSON

FOR CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

2